# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Vance, Sarah S. | 2. Court or Organization  United States District Court | 3. Date of Report  06/18/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  United States District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017  to  12/31/2017 |

**7. Chambers or Office Address**

500 Poydras Street
Room C-255
New Orleans, Louisiana 70130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Past President / Board Member | New Orleans Chapter Federal Bar Association |
| 2. | Board Member | Tulane Admiralty Law Institute -- National Advisory Board |
| 3. | Board Member | Tulane Law School -- Dean's Advisory Board |
| 4. | Council Member | American Law Institute |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 06/18/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Jones Walker LLP - income from law practice |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute | January 18-20, 2017 | Philadelphia, PA | Council Meeting | Travel, lodging, meals |
| 2. | George Washington University Law School | April 26-28, 2017 | Washington, DC | Roundtable on the MDL Panel | Travel, lodging, meals |
| 3. | American Law Institute | September 6-7, 2017 | Philadelphia, PA | Advisers Meeting | Travel, lodging, meals |
| 4. | American Law Institute | October 17-20, 2017 | New York, NY | Audit Committee and Council Meeting | Travel, lodging, meals |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRRA #2, Rollover Merrill Lynch (H): | | | | | | | | | |
| 2. --Bank of America, NA Rasp / Cash (name change) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 3. | | | | | Sold (part) | 01/27/17 | J | A | |
| 4. --iShares MSCI EAFE Index (EFA) | B | Dividend | L | T | Buy (add'l) | 01/24/17 | K | | |
| 5. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 6. --iShares iBoxx $ Invt Grade Corp BD Fund (LQD) | A | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 7. --iShares Barclays TIPS BO Protected SECS FD (TIP) | A | Dividend | J | T | Sold (part) | 01/24/17 | J | A | |
| 8. --iShares Barclays 3-7 YEAR TRSY BD FD (IEI) | A | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 9. --iShares Barclays MBS BON Fund (MBB) | B | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 10. --Vanguard Small Cap Value ETF (VBR) | A | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 11. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 12. --Vanguard Small CAP Growth ETF (VBK) | A | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 13. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 14. --Vanguard Value ETF (VTV) | C | Dividend | M | T | Sold (part) | 01/24/17 | K | D | |
| 15. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 16. ----Vanguard Growth ETF (VUG) | A | Dividend | L | T | Buy (add'l) | 10/17/17 | J | | |
| 17. | | | | | Sold (part) | 01/24/17 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 19. --Vanguard Intermediate Term Bond ETF (BIV) | B | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 20. --Vanguard Short Term Bond (BSV) | A | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 21. --Vaneck Vectors EMRG MKTS Local Currenty Debt ETF (EMLC) (exchange) | A | Dividend | J | T | Buy (add'l) | 01/24/17 | J | | |
| 22. --Powershares Global Exchange Traded FD TR (PCY) | A | Dividend | J | T | Buy (add'l) | 01/24/17 | J | | |
| 23. --Powershares Preferred Portfolio (PGX) | A | Dividend | J | T | Buy (add'l) | 01/24/17 | J | | |
| 24. --iShares iBoxx $ High Yiel (HYG) | A | Dividend | J | T | Buy (add'l) | 01/24/17 | J | | |
| 25. --iShares INC CORE MSCI (IEMG) | A | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 26. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 27. | | | | | | | | | |
| 28. IRA #3, Merrill Lynch New Orleans (H): | | | | | | | | | |
| 29. --Merrill Lynch Retirement Reserves / Cash | A | Dividend | J | T | | | | | |
| 30. --Bank of America, NA Rasp / Cash (name change) | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 31. | | | | | Sold (part) | 01/27/17 | J | A | |
| 32. --iShares MSCI EAFE Index fund (EFA) | C | Dividend | M | T | Buy (add'l) | 01/24/17 | K | | |
| 33. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 34. --iShares iBoxx $ INVT Grade Corp BD Fund (LQD) | B | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --ishares Barclays TIPS BO Protected SECS FD (TIP) | A | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 36. | | | | | Sold (part) | 01/24/17 | J | A | |
| 37. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 38. --iShares Barclays 3-7 YEA TRSY BD FD (IEI) | A | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 39. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 40. --iShares Barclays MBS BON Fund (MBB) | B | Dividend | L | T | Buy (add'l) | 01/24/17 | J | | |
| 41. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 42. --Vanguard Small Cap Value ETF (VBR) | A | Dividend | L | T | Buy (add'l) | 01/24/17 | J | | |
| 43. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 44. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 45. --Vanguard Small Cap Growth ETF (VBK) | A | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 46. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 47. | | | | | Buy (add'l) | 10/17/17 | J | | |
| 48. --Vanguard Value ETF (VTV) | D | Dividend | N | T | Buy (add'l) | 01/24/17 | L | | |
| 49. | | | | | Sold (part) | 01/24/17 | L | E | |
| 50. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 51. --Vanguard Growth ETF (VUG) | B | Dividend | M | T | Buy (add'l) | 01/24/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 01/24/17 | M | E | |
| 53. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 54. --Vanguard Intermediate Term Bond ETF (BIV) | C | Dividend | L | T | Buy (add'l) | 01/24/17 | J | | |
| 55. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 56. --Vanguard Short Term Bond (BSV) | B | Dividend | L | T | Buy (add'l) | 01/24/17 | K | | |
| 57. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 58. --Vaneck Vectors JP (EMLC) | A | Dividend | J | T | Buy (add'l) | 01/24/17 | J | | |
| 59. --iShares iBoxx $ High Yiel (HYG) | A | Dividend | J | T | Buy (add'l) | 01/24/17 | J | | |
| 60. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 61. --Powershares Global Exchange Traded FD TR (PCY) | B | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 62. --Powershares Preferred Portfolio (PGX) | A | Dividend | J | T | Buy (add'l) | 01/24/17 | J | | |
| 63. --iShares INC CORE MSCI (IEMG) | B | Dividend | L | T | Buy (add'l) | 01/24/17 | K | | |
| 64. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 65. | | | | | | | | | |
| 66. Profit Sharing Retirement Plan - Fidelity Invest. Account (H) | | | | | | | | | |
| 67. --Ret Gov't (Money Market Fund) | A | Dividend | J | T | Sold (part) | 07/05/17 | M | | |
| 68. | | | | | Buy (add'l) | 08/28/17 | P1 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 08/30/17 | P1 | A | |
| 70. | | | | | Buy (add'l) | 08/31/17 | M | | |
| 71. | | | | | Sold (part) | 09/01/17 | M | A | |
| 72. --Fidelity Growth Company K (FGCKX) | E | Dividend | N | T | Buy (add'l) | 07/05/17 | K | | |
| 73. | | | | | Sold (part) | 08/28/17 | K | D | |
| 74. | | | | | Buy (add'l) | 08/30/17 | N | | |
| 75. --Harbor Intl Inst (HAINX) | A | Dividend | | | Buy (add'l) | 07/05/17 | K | | |
| 76. | | | | | Sold | 08/28/17 | M | E | |
| 77. --Fidelity US Bond Index Fund (FXSTX) (name change) | D | Dividend | N | T | Buy (add'l) | 07/05/17 | J | | |
| 78. | | | | | Sold | 08/28/17 | N | E | |
| 79. | | | | | Buy | 08/30/17 | N | | |
| 80. --Goldman Sachs Small Cap Value Class A (GSSMX) | E | Dividend | | | Buy (add'l) | 07/06/17 | J | | |
| 81. | | | | | Sold | 08/29/17 | N | G | |
| 82. --Lazard Emerging Mkts Institutional (LZEMX) | A | Dividend | | | Buy (add'l) | 07/06/17 | J | | |
| 83. | | | | | Sold | 08/29/17 | M | F | |
| 84. --Fidelity Cash Reserves (FDRXX) | A | Int./Div. | J | T | | | | | |
| 85. --Gabelli Equity Income CL A (GCAEX) | E | Dividend | | | Buy (add'l) | 07/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 08/29/17 | N | G | |
| 87. --Pimco Income Fund CL DTY (PONDX) | E | Dividend | N | T | Buy (add'l) | 07/06/17 | J | | |
| 88. | | | | | Buy (add'l) | 08/29/17 | M | | |
| 89. --Vanguard Inflation PROT ADM (VAIPX) | A | Dividend | | | Buy (add'l) | 07/05/17 | J | | |
| 90. | | | | | Sold | 08/28/17 | M | E | |
| 91. --Conestoga Small Cap IS (CCALX) | D | Dividend | M | T | Buy | 09/01/17 | M | | |
| 92. --Goldman Sachs Small Value Int (GSSIX) | E | Dividend | M | T | Buy | 08/30/17 | M | | |
| 93. --Fidelity Emerging Markets (FKEMX) | A | Dividend | L | T | Buy | 09/01/17 | L | | |
| 94. --Invesco Diversified Income Fund (DDFIX) | D | Dividend | N | T | Buy | 08/30/17 | N | | |
| 95. --Oakmark Int Investor CL (OAKIX) | C | Dividend | N | T | Buy | 08/29/17 | M | | |
| 96. --PIMCO Mortgage Opportunities CL 1 (PMZIX) | D | Dividend | M | T | Buy | 08/29/17 | M | | |
| 97. | | | | | | | | | |
| 98. Cash Management Account, Merrill Lynch (H): | | | | | | | | | |
| 99. --Merrill Lynch Cash Equivalent Account | A | Interest | J | T | | | | | |
| 100. --Blackrock Global Allocation FD INC C (MCLOX) | A | Dividend | | | Sold | 01/18/17 | J | A | |
| 101. --iShares MSCI Eafe (EFA) | B | Dividend | J | T | Buy | 01/17/17 | J | | |
| 102. --iShares iBoxxS (LQD) | A | Dividend | J | T | Buy | 01/17/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --iShares Tips (TIP) | A | Dividend | J | T | Buy | 01/17/17 | J | | |
| 104. | | | | | Sold (part) | 01/24/17 | J | | |
| 105. --iShares 3-7 Year (IEI) | A | Dividend | J | T | Buy | 01/17/17 | J | | |
| 106. --iShares MBS ETF (MBB) | A | Dividend | J | T | Buy | 01/17/17 | J | | |
| 107. --iShares iBoxx$ High Yiel (HYG) | A | Dividend | J | T | Buy | 01/17/17 | J | | |
| 108. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 109. --iShares Inc Core MSCI (IEMG) | A | Dividend | J | T | Buy | 01/17/17 | J | | |
| 110. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 111. --Powershares EM Sovereign (PCY) | A | Dividend | J | T | Buy | 01/17/17 | J | | |
| 112. --Powershares Preferred (PGX) | A | Dividend | J | T | Buy | 01/17/17 | J | | |
| 113. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 114. --Vaneck Vectors J.P. (EMLC) | A | Dividend | J | T | Buy | 01/17/17 | J | | |
| 115. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 116. --Vanguard Small Cap Value (VBR) | A | Dividend | J | T | Buy | 01/17/17 | J | | |
| 117. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 118. --Vanguard Small Cap (VBK) | A | Dividend | J | T | Buy | 01/17/17 | J | | |
| 119. --Vanguard Value ETF (VTV) | A | Dividend | J | T | Buy | 01/17/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 01/24/17 | J | | |
| 121. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 122. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 123. --Vanguard Growth ETF (VUG) | A | Dividend | J | T | Buy (add'l) | 01/17/17 | J | | |
| 124. | | | | | Sold (part) | 01/24/17 | J | | |
| 125. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 126. --Vanguard Intermediate (BIV) | A | Dividend | J | T | Buy | 01/17/17 | J | | |
| 127. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 128. --Vanguard Short Term Bond (BSV) | A | Dividend | J | T | Buy | 01/17/17 | J | | |
| 129. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 130. | | | | | | | | | |
| 131. Trust, Merrill Lynch (H): | | | | | | | | | |
| 132. --Merrill Lynch Cash Equivalent Account | A | Interest | | | Sold | 11/15/17 | J | A | |
| 133. --Columbia Large Cap Growth Fund III Class A (NFEAX) | A | Dividend | | | Sold (part) | 03/09/17 | J | A | |
| 134. | | | | | Sold | 11/15/17 | K | A | |
| 135. --Lord Abbett Developing Growth Fund CL A | A | Dividend | | | Sold | 11/15/17 | J | A | |
| 136. --Putnam International Equity Fund CL A | A | Dividend | | | Sold (part) | 03/09/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 11/15/17 | J | A | |
| 138. --Davis NY Venture FD A | A | Dividend | | | Sold (part) | 03/09/17 | J | A | |
| 139. | | | | | Sold | 11/15/17 | K | A | |
| 140. | | | | | | | | | |
| 141. Checking and Money Market Accounts, J.P. Morgan | A | Interest | M | T | | | | | |
| 142. | | | | | | | | | |
| 143. Judicial & Justice Federal Credit Union | A | Interest | J | T | | | | | |
| 144. | | | | | | | | | |
| 145. Merrill Lynch: (H): | | | | | | | | | |
| 146. --iShares INC Core MSCI Emerging MKTS ETF (IEMG) | A | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 147. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 148. --Vanguard Small Cap Growth ETF (VBK) | A | Dividend | K | T | Buy (add'l) | 07/10/17 | J | | |
| 149. | | | | | Buy (add'l) | 01/24/17 | J | | |
| 150. --Vanguard Value ETF (VTV) | C | Dividend | M | T | Sold (part) | 01/24/17 | K | D | |
| 151. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 152. --Vanguard Growth ETF (VUG) | A | Dividend | L | T | Sold (part) | 01/24/17 | L | D | |
| 153. | | | | | Sold (part) | 07/10/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Vanguard Intermediate Term Bond ETF (BIV) | B | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 155. --Vanguard Short Term Bond (BSV) | A | Dividend | K | T | Buy (add'l) | 01/24/17 | K | | |
| 156. --Vaneck Vectors JP (EMLC) | A | Dividend | J | T | Buy (add'l) | 01/24/17 | J | | |
| 157. --Powershares Global Exchange Traded FD TR (PCY) | A | Dividend | J | T | Buy (add'l) | 01/24/17 | J | | |
| 158. --Powershares Preferred Portfolio (PGX) | A | Dividend | J | T | Buy (add'l) | 01/24/17 | J | | |
| 159. --Vanguard Small Cap value ETF (VBR) | A | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 160. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 161. --Emerging Global Shares Dow Jones (ECON) | A | Dividend | | | Sold | 01/24/17 | J | A | |
| 162. --iShares MSCI EAFE (EFA) | B | Dividend | L | T | Buy (add'l) | 01/24/17 | J | | |
| 163. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 164. --iShares iBoxx $ IVT Grade CORP BD (LQD) | A | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 165. --iShares iBoxx $ High Yiel (HYG) | A | Dividend | J | T | Buy (add'l) | 01/24/17 | J | | |
| 166. --iShares TIPS Bond ETF (TIP) | A | Dividend | J | T | Sold (part) | 01/24/17 | J | A | |
| 167. --iShares 3-7 Year treasury Bond ETF (IEI | B | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 168. --iShares MBS ETF (MBB) | B | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 169. --ML Bank Deposit Program | A | Dividend | J | T | | | | | |
| 170. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. POSITIONS

2. Incorrectly listed in previous years as "Tulane Law Institute National Advisory Board."

VII. INVESTMENTS and TRUSTS

2. Merrill Lynch USA Rasp name changed to Bank of America, NA Rasp.

30. Merrill Lynch USA Rasp name changed to Bank of America, NA Rasp.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sarah S. Vance**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544